UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED
JAN 22 2020
David J. Bradley, Clerk of Court

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | CRIMINAL NO. |
| | § | |
| CALEB KIRK YATES | § | |

### INDICTMENT

20 CR 047

THE GRAND JURY CHARGES THAT:

### COUNT ONE

(Felon in Possession of a Firearm)

On or about May 23, 2019, in the Houston Division of the Southern District of Texas, the Defendant,

**CALEB KIRK YATES**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit, a Glock, model 19, 9 mm caliber pistol, and the firearm was in and affecting commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

(THE REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK)

## COUNT TWO

### (Possession of a Machinegun)

On or about May 23, 2019, in the Houston Division of the Southern District of Texas, the Defendant,

### CALEB KIRK YATES

did knowingly possess a machinegun, that is, a part designed and intended solely and exclusively for use in converting a weapon into a machinegun.

In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

### NOTICE OF CRIMINAL FORFEITURE

Pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the United States of America hereby gives notice that the firearm, involved in violation of Title 18, United States Code, Sections 922(g)(1), 922(o) and 924(a)(2) as charged in Count One, is subject to forfeiture, including, but not limited to, the following:

Mossberg rifle, model 100 ATR, .270 caliber, serial number BA197559

Savage Arms rifle, model Mark II, .22 LR caliber, serial number 2705955

Rock River Arms, Inc. rifle, model LAR 15, 5.56x45 caliber, serial number KT1029087

Ruger rifle, model 10/22, .22 LR caliber, serial number 136144

Texas Shooters Supply pistol, model TSS-15, multi caliber, serial number 14001214

Remington Arms shotgun, model 870 Tactical, 12 gauge caliber, serial number AB917518M

Mossberg shotgun, model unknown, unknown caliber, serial number V0280804

RG Industries revolver, model RG40, .38 special caliber, serial number R100551

Glock pistol, model 21, .45 ACP caliber, serial number XUE820

Savage Arms shotgun, model Stevens 94, serial number C921206

Glock GMBH pistol, model 19, 9 mm caliber, serial number BCWC571

Fifteen (15) various caliber magazines

Approximately 2,950 rounds of ammunition

A TRUE BILL:

ORIGINAL SIGNATURE ON FILE

RYAN K. PATRICK
UNITED STATES ATTORNEY

BY: _____
John M. Lewis
Assistant United States Attorney